UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KGK SYNERGIZE, INC.,

    Plaintiff,

vs.

CASE NO. 6:16-CV-2079-ORL-40-GJK

NUTRASOURCE DIAGNOSTICS, INC.,

    Defendant,
_____/

### SUMMONS IN A CIVIL ACTION

To:

    Defendant NUTRASOURCE DIAGNOSTICS, INC., 120 Research Lane, Suite 203, University of Guelph Research Park, Guelph, ON, Canada N1G 0B4.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

    Leon N. Patricios
    312 Minorca Avenue
    Coral Gables, FL 33134
    Tel: 305-444-5565
    Fax: 305-444-8588

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/2/16

Signature of Clerk or Deputy Clerk